Name: Russell J Terry

Address: 1717 N Street NW STE 1

Washington, DC 20036

Phone number: 720-603-1872

Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
12/13/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell J Terry,<br><br>          Plaintiff,<br><br>     vs.<br><br>Apex Systems, LLC, AT&T, DirecTV, LLC, Mehak Delawalla, Kim Chu, John Goulding, Oscar Montoya, Ian Hafkenschiel, Daniel Salt<br><br>          Defendants. | Case No.: CV23-7707-FMO(JCx)<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF Request for Court Order to Preserve and Release Electronically Stored Data** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT Plaintiff RUSSELL J TERRY ("Plaintiff") hereby withdrawals the Request for Court Order to Preserve and Release Electronically Stored Data, docket number 75 and 79. The Plaintiff has regained access to the email account.

Date: December 14, 2023                    _/s/ Russell Terry_____
                                           Russell Terry
                                           1717 N Street NW STE 1
                                           Washington, DC 20036
                                           Phone number: 720-603-1872