1  Name: Russell J Terry
2  Address: 1401 21ST ST STE R
3  SACRAMENTO, CA 95811
4  Phone number: 720-603-1872
5  Plaintiff in Pro Per



FILED
CLERK, U.S. DISTRICT COURT
4/2/24
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eee_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell J Terry,<br><br>          Plaintiff,<br><br>     vs.<br><br>Apex Systems, LLC, AT&T, DirecTV, LLC, Mehak Delawalla, Kim Chu, John Goulding, Oscar Montoya, Ian Hafkenschiel, Daniel Salt<br><br>          Defendants. | Case No.: CV23-7707-FMO(JCx)<br><br>**DISCOVERY MATTER**<br><br>**PLAINITIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT APEX SYSTEMS LLC TO PRODUCE SET 1 AND SET 2 DOCUMENTS AND RESPOND TO SET 1 AND SET 2 INTERROGATORIES, AND OVERRULE OBJECTIONS**<br><br>DATE: April 30, 2024<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Jacqueline Chooljian<br>CTRM: 750<br><br>Discovery Cutoff: None Set<br>Pre-Trail Conference: None Set<br>Trail Date: None Set |

1

Insert Title of Pleading

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that on April 30, 2024, at 9:30 AM, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Jacqueline Chooljian, court room 750, Plaintiff Russell Terry, proceeding pro se, will and hereby does move the court for an order compelling Defendant Apex Systems, LLC to Produce set 1 and set 2 Documents as required by Federal Rule of Civil Procedure 34(b)(2) and Respond to set 1 and set 2 Interrogatories as required by FRCP 33(b). Additionally, Plaintiff requests that the court overrule any objections raised by Defendant Apex Systems, LLC in response to the discovery requests.

   This Motion is supported by the Memorandum of Points and Authorities and Personal Declaration of Russell Terry.

   This Motion is made pursuant to Local Rule 37-2.4(c). The opposing counsel failed to sign and return the joint stipulation to counsel for the moving party.

Dated: April 2, 2024

Russell J Terry

  /s/ Russell Terry

Russell J Terry

1401 21ST ST STE R

SACRAMENTO, CA 95811

R2dat@yahoo.com

720-603-1872

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the EDSS. I also certify that the forgoing document is being served this day to counsel of record Wendy Sugg at Sugg Law via email transmission to wendy@sugglaw.com.

Date: April 2, 2024

_/s/ Russell Terry_____

Russell Terry
1401 21ST ST STE R
SACRAMENTO, CA 95811
R2dat@yahoo.com
Phone number: 720-603-1872